UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT TAYLOR JR., *et al.* | CIVIL ACTION |
| VERSUS | NO. 17-7668 |
| DENKA PERFORMANCE ELASTOMER LLC, *et al.* | SECTION M (4) |

# **ORDER**

Considering the parties' motion to dismiss with prejudice (R. Doc. 215),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the claims in the captioned matter are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 12th day of August, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE